### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:24-MJ-166-SH |
| | § | |
| AXEL HERRERA SANCHEZ | § | |

## O R D E R

On April 17, 2024, the Court held a Preliminary Revocation Hearing, pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. The defendant, his attorney, and the attorney for the Government were present throughout the hearing. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the violation of the defendant's Conditions of Supervision alleged in the Petition for Warrant or Summons for Offender Under Supervision has been committed, and that the defendant committed it. Specifically, there is probable cause to believe that the defendant violated his Special Condition of Probation: "If released from confinement or not deported, the defendant must report to the nearest probation office within 72 hours." Judgment and Commitment in Case No. 3:23-cr-1503-DB, Dkt. 21.

Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on April 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE