# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: 1:24-MJ-166-SH |
| | § | |
| Axel Herrera Sanchez | § | |

## ORDER RELEASING DEFENDANT ON GOVERNMENT'S PETITION FOR OFFENDER UNDER SUPERVISION

The above-named defendant has been arrested and made an Initial Appearance before the Court on the Government's Petition for Warrant or Summons on Offender under Supervision. On April 17, 2024, the Court held a Preliminary and Detention hearing at which the defendant, his attorney, and counsel for the Government were present.

Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143, the Court **ORDERS** that the defendant be released pending the Final Revocation Hearing in this matter. The defendant has no criminal history and has shown that he has a stable residence and full-time employment, providing him the means to travel to El Paso, Texas for further proceedings. The Court finds that the defendant has established by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community.

The defendant's release is subject to all Conditions of Probation with which he has been ordered to comply by United States District Judge David Briones of the United States District Court for the Western District of Texas, El Paso Division. In addition, the defendant is hereby **ORDERED** to report to his probation officer at the times and in the manner instructed, pursuant to Standard Condition of Probation No. 2.

**SIGNED** on April 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE